UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHEILA N. ANDREWS, : NO. 1:12-CV-00175
:
    Plaintiff, :
:
vs. : **ORDER**
:
AK STEEL CORP., :
:
    Defendant. :

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 17), to which there were no objections. The Magistrate Judge recommended the Court dismiss this matter on the basis that it is time-barred.

    Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 17) in all respects, GRANTS Defendant's motion to dismiss (doc. 5), and terminates this matter on the

Court's docket. The Court further CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the reasons articulated by the Magistrate Judge, an appeal of this Order would not be taken in good faith. The Court therefore DENIES Plaintiff any leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. Calligan v. Schneider, 178 F.3d 800, 803 (6th Cir. 1999).

SO ORDERED.

DATED: 11/15/12

_____
S. Arthur Spiegel
United States Senior District Judge